UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA FREDERICK,<br><br>                                   Plaintiff,<br><br>v.<br><br>PERRIGO COMPANY,<br><br>                                   Defendant. | Case No.: 22cv1333-L-WVG<br><br>**ORDER OF DISMISSAL**<br><br>**[ECF No. 10]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 25, 2022

_____
Hon. M. James Lorenz
United States District Judge